J. A30045/17

2018 PA Super 278

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
                                        :            PENNSYLVANIA

          v.                 :
                                        :

CHARLES WAYNE POU,         :        No. 95 WDA 2017
                                        :

        Appellant      :


Appeal from the PCRA Order, January 9, 2017,
in the Court of Common Pleas of Erie County
Criminal Division at No. CP-25-CR-0002742-2013


BEFORE: BOWES, J., STABILE, J., AND FORD ELLIOTT, P.J.E.


CONCURRING OPINION BY FORD ELLIOTT, P.J.E.:

                                                FILED OCTOBER 11, 2018

Although I agree with the Majority's thorough discussion of the Supreme Court's decision in Weaver v. Massachusetts, 137 S.Ct. 1899 (2017), on the issue of prejudice in the context of direct and collateral review, I would affirm on the PCRA court's finding that direct appeal counsel had a reasonable basis for not raising a defective waiver colloquy issue. Under oath, during the colloquy, appellant orally and in writing stated that he knew the possible maximum sentences for the crimes with which he was charged, and even in seeking PCRA relief, he has not asserted that he did not know the range of sentences. Admittedly, this writer participated in the panel that remanded to the PCRA court for a hearing on the reasonableness prong; however, I noted

my dissent because I believe the original colloquy complied with Pa.R.Crim.P. 121.